■ In the Matter of KEVIN J. LOVE, an Attorney, Resignor. [881 NYS2d 342]—Resignation accepted and name stricken from roll of attorneys. Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed June 22, 2009.)

■ In the Matter of EDWARD M. BRAIMAN, an Attorney, Resignor. [881 NYS2d 343]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed June 22, 2009.)

■ In the Matter of CHARLES S. SPINNER, JR., for Reinstatement to the Practice of Law in the State of New York. [881 NYS2d 343]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed June 22, 2009.)

■ In the Matter of KRISTINA A. GRAHAM, an Attorney, Resignor. [881 NYS2d 343]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed June 22, 2009.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE A. DIGGS, Appellant. [881 NYS2d 360]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Green and Gorski, JJ.